AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Michael Goins, aka Michael D. Goins | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    4:15-cv-1515-RMG |
| Richard L. Turner, Doctor Moore, Ann Hallman, Siva Chockalingam, et. al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge. The court adopts the Report and Recommendation of Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 23, 2016                                    *CLERK OF COURT*

                                                         s/Debbie Stokes
                                                         *Signature of Clerk or Deputy Clerk*